UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-2(c)

KIRSTEN B ENNIS, ESQ
STE 407
92 E MAIN ST
SOMERVILLE, NJ  08876-2216
Attorney for Debtor(s)

Order Filed on July 5, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Edgardo Santaliz
Ivelisse Santaliz

Debtor(s)

Case No. 13-37642 / MBK

Judge: Honorable Michael B. Kaplan

Chapter 13

## CONSENT ORDER TO RE-CAPITALIZE DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: July 5, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s), seeking entry of a consent order to re-capitalize the debtor(s) plan payments to the trustee, and the Court having considered the application, and the parties having consented to the form and entry of the within order, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

    - $31,153.00 paid to date (29 month[s])
    - $1,174.00 for 1 month[s] beginning 6/1/16
    - $1,313.00 for 30 month[s] beginning 7/1/16

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.

We, the undersigned, consent to the form and entry of the above Order.

_____
Albert Russo
Standing Chapter 13 Trustee

_____
KIRSTEN B ENNIS, ESQ
Attorney for Debtor(s)