UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-2(c)

KIRSTEN B ENNIS, ESQ
STE 407
92 E MAIN ST
SOMERVILLE, NJ 08876-2216
Attorney for Debtor(s)

Order Filed on July 5, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Edgardo Santaliz
Ivelisse Santaliz

Debtor(s)

Case No. 13-37642 / MBK

Judge: Honorable Michael B. Kaplan

Chapter 13

## CONSENT ORDER TO RE-CAPITALIZE
## DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: July 5, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s), seeking entry of a consent order to re-capitalize the debtor(s) plan payments to the trustee, and the Court having considered the application, and the parties having consented to the form and entry of the within order, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

    - $31,153.00 paid to date (29 month[s])
    - $1,174.00 for 1 month[s] beginning 6/1/16
    - $1,313.00 for 30 month[s] beginning 7/1/16

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.

We, the undersigned, consent to the form and entry of the above Order.

_____
Albert Russo
Standing Chapter 13 Trustee

_____
KIRSTEN B ENNIS, ESQ
Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                             Case No. 13-37642-MBK
Edgardo Santaliz                                                   Chapter 13
Ivelisse Santaliz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 05, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2016.
db/jdb         +Edgardo Santaliz,    Ivelisse Santaliz,    68 Leber Avenue,    Carteret, NJ 07008-1941

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               dcarlon@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    National City Real Estate Services, LLD as successor
               by merger to Ntaional City Mortgage Co. dba Commonwealth United Mortgage Company
               jackerman@zuckergoldberg.com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kirsten B. Ennis    on behalf of Joint Debtor Ivelisse   Santaliz pacerecf@ennislegal.com
              Kirsten B. Ennis    on behalf of Debtor Edgardo   Santaliz pacerecf@ennislegal.com
                                                                                             TOTAL: 8