| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. 9004-2(c) <br> **KIRSTEN B. ENNIS, LLC** <br> 92 East Main Street, Suite 407 <br> Somerville, NJ 08876 <br> (908) 713-0345 <br> mail@ennislegal.com <br><br> **Kirsten B. Ennis, Esq. (KE7927)** <br> Attorney for Edgardo Santaliz and Ivelisse Santaliz, Debtor(s) |
| In re: <br><br>     Edgardo Santaliz and <br>     Ivelisse Santaliz,   Debtor(s) |

Order Filed on October 14, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 13-37642-MBK

Chapter 13

Judge: Hon. Michael B. Kaplan

Hearing Date: 10/11/16 at 9:00 a.m.

**ORDER EXPUNGING ALLOWED CLAIM NO. 7-2 HELD BY CITIFINANCIAL SERVICES, INC.**

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: October 14, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2 of 2
Debtor(s): Edgardo Santaliz and Ivelisse Santaliz
Case No: 13-37642-MBK
Caption of Order: **ORDER EXPUNGING ALLOWED CLAIM NO. 7-2 HELD BY CITIFINANCIAL SERVICES, INC.**

---

ORDERED as follows:

1. The Proof of Claim No. 7-2 of CitiFinancial Services, Inc. be and is hereby expunged from the claim docket. The Chapter 13 Trustee is hereby directed to strike the claim No. 7-2 of CitiFinancial Services, Inc.

2. The successful party shall serve this Order on the Debtor, the Trustee and all parties who entered an appearance on this matter within seven (7) days hereof.

| | |
|---|---|
| This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order | United States Bankruptcy Court |