| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. 9004-2(c)<br>**KIRSTEN B. ENNIS, LLC**<br>92 East Main Street, Suite 407<br>Somerville, NJ 08876<br>(908) 713-0345<br>mail@ennislegal.com<br><br>**Kirsten B. Ennis, Esq. (KE7927)**<br>Attorney for Edgardo Santaliz and Ivelisse Santaliz, Debtor(s) |
| In re:<br><br>    Edgardo Santaliz and<br>    Ivelisse Santaliz,    Debtor(s) |

Order Filed on October 14, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 13-37642-MBK

Chapter 13

Judge: Hon. Michael B. Kaplan

Hearing Date: 10/11/16 at 9:00 a.m.

**ORDER EXPUNGING ALLOWED CLAIM NO. 7-2 HELD BY CITIFINANCIAL SERVICES, INC.**

The relief set forth on the following pages, numbered two (2) through \_\_\_\_\_2_____ is hereby **ORDERED**.

**DATED: October 14, 2016**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

Page 2 of 2
Debtor(s): Edgardo Santaliz and Ivelisse Santaliz
Case No: 13-37642-MBK
Caption of Order: **ORDER EXPUNGING ALLOWED CLAIM NO. 7-2 HELD BY CITIFINANCIAL SERVICES, INC.**

---

ORDERED as follows:

    1.    The Proof of Claim No. 7-2 of CitiFinancial Services, Inc. be and is hereby expunged from the claim docket.  The Chapter 13 Trustee is hereby directed to strike the claim No. 7-2 of CitiFinancial Services, Inc.

    2.    The successful party shall serve this Order on the Debtor, the Trustee and all parties who entered an appearance on this matter within seven (7) days hereof.

| | |
|---|---|
| This Order has been signed electronically.  The judge's signature and court's seal appear at the top of the Order | United States Bankruptcy Court |

United States Bankruptcy Court
District of New Jersey

In re:  
Edgardo Santaliz  
Ivelisse Santaliz  
      Debtors

Case No. 13-37642-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 | Date Rcvd: Oct 14, 2016 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2016.
db/jdb          +Edgardo Santaliz,    Ivelisse Santaliz,    68 Leber Avenue,    Carteret, NJ 07008-1941

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION
           bnicholas@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor     PNC Bank, National Association dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joel A. Ackerman    on behalf of Creditor     National City Real Estate Services, LLD as successor
           by merger to Ntaional City Mortgage Co. dba Commonwealth United Mortgage Company
           jackerman@zuckergoldberg.com
          Joshua I. Goldman    on behalf of Creditor     PNC Bank, National Association
           jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kirsten B. Ennis    on behalf of Joint Debtor Ivelisse    Santaliz pacerecf@ennislegal.com
          Kirsten B. Ennis    on behalf of Debtor Edgardo    Santaliz pacerecf@ennislegal.com
                                                                                                                               TOTAL: 8