Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13–37642–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edgardo Santaliz
68 Leber Avenue
Carteret, NJ 07008

Ivelisse Santaliz
68 Leber Avenue
Carteret, NJ 07008

Social Security No.:
   xxx–xx–5601                                                      xxx–xx–5059

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 26, 2014.

On October 26, 2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:            December 13, 2016
Time:           10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 27, 2016
JJW: pbf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 13-37642-MBK
Edgardo Santaliz                                                              Chapter 13
Ivelisse Santaliz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2          Date Rcvd: Oct 27, 2016
                              Form ID: 185              Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2016.
```
db/jdb         +Edgardo Santaliz,   Ivelisse Santaliz,   68 Leber Avenue,   Carteret, NJ 07008-1941
514761204      +ABC Pediatrics,   c/o Pressler and Pressler, LLP.,   7 Entin Road,   Parsippany NJ 07054-5020
514435128      +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
514435130     ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
                (address filed with court: Citifinancial,   300 Saint Paul Pl,   Baltimore, MD 21202)
514696096       CitiFinancial Servicing LLC,   P.O. Box 6043,   Sioux Falls, SD 57117-6043
514435131     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services,   Attn: Bankruptcy Dept.,   Po Box 81577,
                Austin, TX 78708)
514435133      +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
514435136      +Macys/fdsb,   Macy’s Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
514435139      +Nissan Motor Acceptanc,   Po Box 660360,   Dallas, TX 75266-0360
514459469       Nissan Motor Acceptance,   POB 660366,   Dallas, TX 75266-0366
514764257      +PNC Bank,,   ZUCKER, GOLDBERG ET ALS,   200 Sheffield Street, Suite 101,
                Mountainside, NJ 07092-2315
514756189       PNC Bank, National Association,   323 Newmark Drive,   B6-YM14-01-3,   Miamisburg, OH 45342
514435140      +Pnc Mortgage,   6 N Main St,   Dayton, OH 45402-1908
514435141      +Revenue Recovery Corp,   612 Gay St,   Knoxville, TN 37902-1603
514435142      +Tnb-visa,   Po Box 560284,   Dallas, TX 75356-0284
514435143      +West Gate Leisure Resorts,   5601 Windhover Drive,   Orlando, FL 32819-7936
514519332      +Westgate Vacation Villas, LLC,   2801 Old Winter Gardens Rd.,   Ocoee, FL 34761-2965
514435144      +Wfnnb/mandee,   995 W 122nd Ave,   Westminster, CO 80234-3417
514435145      +Wfnnb/new York & Compa,   Po Box 182789,   Columbus, OH 43218-2789
514460792       eCAST Settlement Corporation, assignee,   of CitiFinancial, Inc.,   POB 29262,
                New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2016 22:48:23      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2016 22:48:19      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
514458094       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2016 22:45:32
                American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                Oklahoma City, OK  73126-8941
514435132      +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2016 22:37:28      Gemb/jcp,
                Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
514435134      +E-mail/Text: bankruptcy@icsystem.com Oct 27 2016 22:48:51      I C System Inc,   Po Box 64378,
                Saint Paul, MN 55164-0378
514435135      +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2016 22:37:56      Lowes / MBGA,
                Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
514435138      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 27 2016 22:48:19      Midland Credit Management,
                Po Box 939019,   San Diego, CA 92193-9019
514752421       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2016 22:45:55
                Portfolio Recovery Associates, LLC,   c/o HSBC Bank Nevada, N.A,   POB 41067,
                Norfolk VA 23541
514753763       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2016 22:45:31
                Portfolio Recovery Associates, LLC,   c/o JC Penney,   POB 41067,   Norfolk VA 23541
514753358       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2016 22:45:31
                Portfolio Recovery Associates, LLC,   c/o Lowes,   POB 41067,   Norfolk VA 23541
514446850       E-mail/Text: bnc-quantum@quantum3group.com Oct 27 2016 22:48:12
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
514435137       Mid State Fcu
514734932*    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                PO Box 10390,   Greenville, SC 29603-0390)
514497627*      Nissan Motor Acceptance Corporation,   PO Box 660366 Dallas TX 75266-0366
514435129    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                  TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin               Page 2 of 2              Date Rcvd: Oct 27, 2016
                              Form ID: 185              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2016 at the address(es) listed below:
```
              Albert   Russo     docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joel A. Ackerman    on behalf of Creditor    National City Real Estate Services, LLD as successor
               by merger to Ntaional City Mortgage Co. dba Commonwealth United Mortgage Company
               jackerman@zuckergoldberg.com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kirsten B. Ennis    on behalf of Joint Debtor Ivelisse   Santaliz pacerecf@ennislegal.com
              Kirsten B. Ennis    on behalf of Debtor Edgardo   Santaliz pacerecf@ennislegal.com
                                                                                             TOTAL: 8
```