| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Edgardo Santaliz <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5601 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Ivelisse Santaliz <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5059 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   13–37642–MBK | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edgardo Santaliz                                       Ivelisse Santaliz

11/2/17                                                **By the court:** Michael B. Kaplan
                                                                  United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                    Case No. 13-37642-MBK
Edgardo Santaliz                                          Chapter 13
Ivelisse Santaliz
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2              Date Rcvd: Nov 02, 2017
                             Form ID: 3180W           Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db/jdb         +Edgardo Santaliz,    Ivelisse Santaliz,    68 Leber Avenue,    Carteret, NJ 07008-1941
514761204      +ABC Pediatrics,    c/o Pressler and Pressler, LLP.,    7 Entin Road,    Parsippany NJ 07054-5020
514435130     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
               (address filed with court: Citifinancial,      300 Saint Paul Pl,    Baltimore, MD 21202)
514696096      CitiFinancial Servicing LLC,     P.O. Box 6043,    Sioux Falls, SD 57117-6043
514435139     +Nissan Motor Acceptanc,     Po Box 660360,    Dallas, TX 75266-0360
514459469      Nissan Motor Acceptance,     POB 660366,    Dallas, TX 75266-0366
514764257     +PNC Bank,,    ZUCKER, GOLDBERG ET ALS,    200 Sheffield Street, Suite 101,
               Mountainside, NJ 07092-2315
514756189      PNC Bank, National Association,     323 Newmark Drive,    B6-YM14-01-3,    Miamisburg, OH 45342
514435140     +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
514435141     +Revenue Recovery Corp,     612 Gay St,    Knoxville, TN 37902-1603
514435142     +Tnb-visa,    Po Box 560284,    Dallas, TX 75356-0284
514435143     +West Gate Leisure Resorts,     5601 Windhover Drive,    Orlando, FL 32819-7936
514519332     +Westgate Vacation Villas, LLC,     2801 Old Winter Gardens Rd.,    Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2017 22:42:04      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2017 22:42:02      United States Trustee,
               Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
514435128      +EDI: BECKLEE.COM Nov 02 2017 22:18:00      American Express,    c/o Becket and Lee LLP,
               Po Box 3001,    Malvern, PA 19355-0701
514458094       EDI: AIS.COM Nov 02 2017 22:18:00     American InfoSource LP as agent for,
               Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
514435129     +EDI: BANKAMER2.COM Nov 02 2017 22:18:00      Bank Of America,    Po Box 17054,
               Wilmington, DE 19850-7054
514435131      EDI: RCSDELL.COM Nov 02 2017 22:18:00      Dell Financial Services,    Attn: Bankruptcy Dept.,
               Po Box 81577,    Austin, TX 78708
514435132     +EDI: RMSC.COM Nov 02 2017 22:18:00      Gemb/jcp,    Attention: Bankruptcy,    Po Box 103104,
               Roswell, GA 30076-9104
514435133     +EDI: HFC.COM Nov 02 2017 22:18:00      Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,
               Carol Stream, IL 60197-5253
514435134     +EDI: IIC9.COM Nov 02 2017 22:19:00      I C System Inc,    Po Box 64378,
               Saint Paul, MN 55164-0378
514435135     +EDI: RMSC.COM Nov 02 2017 22:18:00      Lowes / MBGA,    Attention: Bankruptcy Department,
               Po Box 103104,    Roswell, GA 30076-9104
514435136     +EDI: TSYS2.COM Nov 02 2017 22:18:00      Macys/fdsb,    Macy’s Bankruptcy,    Po Box 8053,
               Mason, OH 45040-8053
514435138     +EDI: MID8.COM Nov 02 2017 22:18:00      Midland Credit Management,    Po Box 939019,
               San Diego, CA 92193-9019
514752421      EDI: PRA.COM Nov 02 2017 22:18:00      Portfolio Recovery Associates, LLC,
               c/o HSBC Bank Nevada, N.A,    POB 41067,    Norfolk VA 23541
514753763      EDI: PRA.COM Nov 02 2017 22:18:00      Portfolio Recovery Associates, LLC,    c/o JC Penney,
               POB 41067,    Norfolk VA 23541
514753358      EDI: PRA.COM Nov 02 2017 22:18:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
               POB 41067,    Norfolk VA 23541
514446850      EDI: Q3G.COM Nov 02 2017 22:19:00      Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,    Kirkland, WA 98083-0788
514435144     +EDI: WFNNB.COM Nov 02 2017 22:18:00      Wfnnb/mandee,    995 W 122nd Ave,
               Westminster, CO 80234-3417
514435145     +EDI: WFNNB.COM Nov 02 2017 22:18:00      Wfnnb/new York & Compa,    Po Box 182789,
               Columbus, OH 43218-2789
514460792      EDI: ECAST.COM Nov 02 2017 22:18:00      eCAST Settlement Corporation, assignee,
               of CitiFinancial, Inc.,    POB 29262,    New York, NY 10087-9262
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514435137       Mid State Fcu
514734932*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
               PO Box 10390,    Greenville, SC 29603-0390)
514497627*      Nissan Motor Acceptance Corporation,     PO Box 660366 Dallas TX 75266-0366
                                                                                 TOTALS: 1, * 2, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3              User: admin                Page 2 of 2              Date Rcvd: Nov 02, 2017
                                  Form ID: 3180W             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joel A. Ackerman    on behalf of Creditor    National City Real Estate Services, LLD as successor
               by merger to Ntaional City Mortgage Co. dba Commonwealth United Mortgage Company
               jackerman@zuckergoldberg.com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kirsten B. Ennis    on behalf of Joint Debtor Ivelisse  Santaliz pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
              Kirsten B. Ennis    on behalf of Debtor Edgardo  Santaliz pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
                                                                                             TOTAL: 8
```