| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. 9004-2(c)<br>**KIRSTEN B. ENNIS, LLC**<br>92 East Main Street, Suite 407<br>Somerville, NJ 08876<br>(908) 713-0345<br>mail@ennislegal.com<br><br>**Kirsten B. Ennis, Esq. (KE7927)**<br>Attorney for Edgardo Santaliz and Ivelisse Santaliz, Debtor(s) |

*Order Filed on November 7, 2017*
*by Clerk*
*U.S. Bankruptcy Court*
*District of New Jersey*

| | |
|---|---|
| In re:<br><br>    Edgardo Santaliz and<br>    Ivelisse Santaliz,       Debtor(s) | Case No.: 13-37642-MBK<br><br>Chapter 13<br><br>Judge: Hon. Michael B. Kaplan |

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:**

☒ **MORTGAGE** ☐ **LIEN** ☐ **OTHER (SPECIFY)**_____

| |
|---|
| Recommended Local Form: ☐ Followed ☐ Modified |

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 7, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The Debtors have successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The Debtors are entitled to have the Mortgage/Lien referenced below discharge and cancelled of record.

Description of Real Property:

Location (Street Address) 68 Leber Avenue, Carteret, NJ 07008

3. Description of Mortgage/Judgment Lien:

Original Mortgagee/Lienholder:CitiFinancial Servicing LLC

a. Current Assignee: CitiFinancial Servicing LLC

a. Current Servicer: CitiFinancial Servicing LLC

b. Date of Mortgage/Lien: March 28, 2008

c. Date of Recordation: April 3, 2008

d. Place of Recordation: Middlesex County Clerk

　　i. Mortgage Book: 12909

　　i. Page: 0429

e. Original Principal Balance of Mortgage/Lien: $71,916.20

4. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharge of record.

5. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.